IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBRA ROSHELLE GLENN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00079 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

On March 3, 2016, the Magistrate Judge issued a Report and Recommendation (DE #17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 14) is DENIED, and the decision of the Commissioner of the Social Security Administration is AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 22nd day of March 2016.

_____
ALETA A. TRAUGER
U.S. District Judge